No. 49420.—Protests 104063-K, etc., of S. Lisk & Bro. et al. (New York).

Opinion by Lawrence, J. The record established that the pencil sharpeners in question are similar in all material respects to those involved in Abstract 48152. In accordance therewith the pencil sharpeners in question were held dutiable as claimed.